```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO PASCUAL REYES, individually and on behalf of others similarly situated,

          Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST), SALVADOR COPPOLA, LUIS MENDIEPA AND MARIANO OUAPA,

          Defendants.

21 Civ. 7040 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 21, 2021, the Court ordered Plaintiff to serve the complaint and summons upon Defendants by January 7, 2022 and file the proof of service by January 12, 2022. ECF No. 23. Plaintiff has failed to file proof of service. Accordingly, by **January 28, 2022**, Plaintiff shall file the proof of service.

    SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                        ANALISA TORRES
                               United States District Judge