```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
ARMANDO PASCUAL REYES, individually and
on behalf of others similarly situated,

                Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a
COPPOLA'S WEST), SALVADOR COPPOLA,
LUIS MENDIEPA AND MARIANO OUAPA,

                Defendants.
------------------------------------------------------------

21 Civ. 7040 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 21, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by February 7, 2022 or that Plaintiff move for default. ECF No. 23. The parties have not filed the documents nor has Plaintiff moved for default. Accordingly, the parties shall submit their joint letter and proposed case management plan by **March 1, 2022**. If Defendants have not appeared by **March 1, 2022**, Plaintiff shall move for default on that date.

    SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge