Attorney:
MICHAEL FAILLACE, ESQ.
CSM LEGAL, P.C.
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


560497

UNITED STATES DISTRICT COURT-SOUTHERN DISTRICT OF NEW YORK

Index / case #: 1:21-CV-07040

ARMANDO PASCUAL REYES, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
    Plaintiff

**AFFIDAVIT OF SERVICE**

COPPOLA'S TUSCAN GRILL, LLC (D/B/A COPPOLA'S WEST), ET AL
    Defendant

Kings County, State of: New York    Aaron Jones being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NY

On 1/26/22; at 4:22 am/pm at: 206 WEST 79TH STREET NEW YORK NY 10024

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

On: COPPOLA'S TUSCAN GRILL, LLC C/O SALVATORE COPPOLA
    (herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] **Corporation or Partnership** — By delivering thereat a true copy of each to: John Doe personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be Managing Agent thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] **Description**
[X] Male          [ ] White skin     [X] Black hair     [ ] 14-20 Yrs   [ ] Under 5'      [ ] Under 100 Lbs
[ ] Female        [ ] Black skin     [ ] Brown hair     [ ] 21-35 Yrs   [ ] 5'0"-5'3"     [ ] 100-130 Lbs
                  [ ] Yellow skin    [ ] Gray hair      [X] 36-50 Yrs   [X] 5'4"-5'8"     [X] 131-160 Lbs
                  [X] Brown skin     [ ] Blonde hair    [ ] 51-65 Yrs   [ ] 5'9"-6'0"     [ ] 161-200 Lbs
                  [ ] Red skin       [ ] Red hair       [ ] Over 65 Yrs [ ] Over 6'       [ ] Over 200 Lbs
Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 2/3/2022

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
File No. Registration No. 01AL6369961
Qualified in Kings County
My Commission Expires: 1/18/2026

(Print name below signature)
Aaron Jones - 2101664

Work Order No. 560497
SLS Process Serving Co. LLC  2094823
90 State St, Albany NY 12207

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ARMANDO PASCUAL REYES, individually and on behalf of others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST) SALVADOR COPPOLA, LUIS MENDIEPA, and MARIANO OUAPA, *Defendant(s)* | Civil Action No. 1:21-cv-07040-AT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coppola's Tuscan Grill, LLC
c/o Salvatore Coppola
675 Summit Street
Englewood Cliffs, NJ 07632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Catalina Sojo
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/27/2021

s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*