**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ARMANDO PASCUAL REYES, individually
and on behalf of others similarly situated,

 Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a
COPPOLA'S WEST), SALVADOR
COPPOLA, LUIS MENDIEPA AND
MARIANO OUAPA,

 Defendants.
-------------------------------------------------------X

Case: 21-cv-7040

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 20, 2021 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Salvador Coppola on August 26, 2021 by personally leaving a copy with Mr. Floren, a person of suitable age and discretion, who identified himself as a coworker and depositing true copies of the same in a post office or official depository under exclusive care and custody of the U.S. Postal Service within New York State on August 26, 2021 by regular first class mail; and proof of such service on the said Defendant was filed on August 31, 2021. (Dkt. No. 17)

    I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Salvador Coppola is hereby noted.

Dated: New York, New York
       March __1__, 2022

**RUBY J. KRAJICK**
Clerk of the Court

By:  *K. Mango*
Deputy Clerk