**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
ARMANDO PASCUAL REYES, individually
and on behalf of others similarly situated,

    Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a
COPPOLA'S WEST), SALVADOR
COPPOLA, LUIS MENDIEPA AND
MARIANO OUAPA,

    Defendants.
------------------------------------------------------X



Case: 21-cv-7040

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 20, 2021 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Coppola's Tuscan Grill LLC d/b/a Coppola's West on January 26, 2022 by personally delivering a true copy of each to John Doe, managing agent, and proof of such service on the said Defendant was filed on February 28, 2022. (Dkt. No. 31)

I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Coppola's Tuscan Grill LLC is hereby noted.

Dated: New York, New York
       March _2_, 2022

                                                   **RUBY J. KRAJICK**
                                                   Clerk of the Court

                                                   By: _/s/ V. Mango_
                                                   Deputy Clerk