UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARMANDO PASCUAL REYES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST), SALVADOR COPPOLA, LUIS MENDIEPA AND MARIANO OUAPA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/28/2022__

21 Civ. 7040 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 21, 2021, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 44. Plaintiff submitted affidavits, accompanying exhibits, and a proposed default judgment in support (the "Supporting Papers"). ECF Nos. 45–46. Accordingly:

1. On **June 28, 2022**, at **12:00 p.m.**, Defendant Coppola's Tuscan Grill, LLC, through counsel, and Defendants Salvador Coppola, Luis Mendiepa, and Mariano Ouapa, shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **May 6, 2022**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendant Coppola's Tuscan Grill, LLC via hand-delivery or first-class mail **and** service on the Secretary of State. N.Y. Business Corp. Law § 306. Plaintiff shall also serve the same through hand-delivery on Defendants Salvador Coppola, Luis Mendiepa, and Mariano Ouapa.

3. By **May 13, 2022**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **May 27, 2022**, Defendants shall respond to Plaintiff's motion.

5. By **June 3, 2022**, Plaintiff shall submit his reply, if any.

SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge