```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO PASCUAL REYES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST), SALVADOR COPPOLA, LUIS MENDIEPA AND MARIANO OUAPA,

                Defendants.

21 Civ. 7040 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 28, 2022, the Court ordered Plaintiff to serve the order to show cause and supporting papers on Defendants Salvador Coppola, Luis Mendiepa, and Mariano Ouapa through hand-delivery. ECF No. 47. On May 13, 2022, Plaintiff filed an unsworn, unnotarized affidavit Fidel Lozano stating service has been completed via process service. ECF No. 49. Then, on May 18, 2022, Plaintiff filed affidavits of service by the process server for Defendants Salvador Coppola, Luis Mendiepa, and Mariano Ouapa. ECF Nos. 51–53. The affidavits indicate the papers were delivered and mailed to Coppola's Tuscan Grill on May 6, 2022. *Id.* By **May 25, 2022**, Plaintiff shall file a letter stating why he believes Coppola's Tuscan Grill remains Salvador Coppola, Luis Mendiepa, and Mariano Ouapa's current actual place of business such that service to the business was proper under CPLR § 308(2).

      SO ORDERED.

Dated: May 19, 2022
          New York, New York

                                              ANALISA TORRES
                                      United States District Judge