USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARMANDO PASCUAL REYES,

                Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST), SALVADOR COPPOLA, LUIS MENDIEPA AND MARIANO OUAPA,

                Defendants.

21 Civ. 7040 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated on the record today, Plaintiff's motion for a default judgment is GRANTED. The matter shall be referred to the Honorable Sarah Netburn for a damages inquest by separate order.

    SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge