UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ARMANDO PASCUAL REYES,

                           **Plaintiff,**          21-CV-07040 (AT)(SN)

      -against-                                   **ORDER**

COPPOLA'S TUSCAN GRILL, LLC, et al.,

                           **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 29, 2022, Plaintiffs filed their Proposed Findings of Fact and Conclusions of Law. The Court previously ordered Plaintiffs to serve a complete copy of their filing and a copy of this Order by mail to the Defendants' last known addresses. See ECF No. 60. Plaintiffs' filings did not include any proof of such service. By August 3, 2022, Plaintiffs shall file proof of service.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      August 1, 2022
                New York, New York