UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ARMANDO PASCUAL REYES,

                                        **Plaintiff,**                       21-CV-07040 (AT)(SN)

                   -against-                                      **ORDER**

**COPPOLA'S TUSCAN GRILL, LLC, et al.,**

                                **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 1, 2022, the Court directed Plaintiff to file an affidavit of service of the Court's order at ECF No. 60 as well as Plaintiff's Proposed Findings of Fact and Conclusions of Law on Defendants. ECF No. 64. Per Plaintiff's affidavit of service, only the Court's order was served on Defendants. ECF. No. 65. Accordingly, Plaintiff is ORDERED to serve a complete copy of their filing by mail to Defendants' last know addresses. By September 7, 2022, Plaintiffs shall file proof of service. Defendant's opposition shall be filed no later than September 23, 2022.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     September 6, 2022
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022