UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO PASCUAL REYES, individually and on behalf of others similarly situated,
      Plaintiff,

-against-

COPPOLA'S TUSCAN GRILL, LLC (d/b/a COPPOLA'S WEST), SALVADOR COPPOLA, LUIS MENDIEPA AND MARIANO OUAPA

      Defendants.

Case No. 1:21-cv-07040-AT-SN

**CERTIFICATE OF SERVICE**

Jasmine Hernandez certifies as follows:

 I am a natural person above the age of eighteen years and am not a party in the above-captioned action:

 On September 6, 2022, I served copies of PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW with accompanying exhibits and MEMORANDUM OF LAW Order (ECF Doc. No. 61) and Judge Netburn's Order (ECF Doc. No. 60) upon Defendants COPPOLA'S TUSCAN GRILL, LLC, SALVADOR COPPOLA, LUIS MANDIEPA, and MARIANO OUAPA by mailing copies via First Class Mail to the following addresses:

COPPOLA'S TUSCAN GRILL, LLC
(d/b/a COPPOLA'S EAST)
206 W 79TH ST. FRNT 1
NEW YORK, NY 10024-6235

MARIANO OUAPA
(c/o COPPOLA'S EAST)
206 W 79TH ST. FRNT 1
NEW YORK, NY 10024-6235

SALVADOR COPPOLA
(c/o COPPOLA'S EAST)
206 W 79TH ST. FRNT 1
New York, NY 10016

LUIS MENDIEPA
(c/o COPPOLA'S EAST)
206 W 79TH ST. FRNT 1
NEW YORK, NY 10016

Date: September 6, 2022

*/s/ Jasmine Hernandez*
JASMINE HERNANDEZ