```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARMANDO PASCUAL REYES,

                                      **Plaintiff,**                    21-CV-07040 (AT)(SN)

              -against-                                                  **ORDER**

**COPPOLA'S TUSCAN GRILL, LLC, et al.,**

                                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 28, 2022, the Honorable Analisa Torres referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiff's damages after entering a default judgment as to liability against Defendant. ECF No. 58. On July 29, 2022, Plaintiff filed his Proposed Findings of Fact and Conclusions of Law. ECF No. 61. On September 6, 2022, Plaintiff filed certificate of service indicating that Plaintiff had mailed Defendant the papers in support of its Proposed Findings of Fact and Conclusions of Law that same day. ECF No. 67. Accordingly, Defendants' response, if any, was to be filed no later than October 6, 2022. Because Defendants have made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     October 13, 2022
                  New York, New York