```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARMANDO PASCUAL REYES,

                        Plaintiff,

        -against-                                    21 Civ. 7040 (AT) (SN)

COPPOLA'S TUSCAN GRILL, LLC (d/b/a                   ORDER ADOPTING REPORT
COPPOLA'S WEST), SALVADOR COPPOLA,                   AND RECOMMENDATION
LUIS MENDIEPA AND MARIANO OUAPA,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/30/2023_

ANALISA TORRES, District Judge:

Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 74, of the Honorable Sarah Netburn, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants are liable for $237,193.50 plus all applicable interest. R&R at 25.

The Clerk of Court is directed to enter judgment in favor of Plaintiff in accordance with the R&R, R&R at 25, as follows:

1. $112,150.50 in back pay and spread-of-hours damages, plus nine percent prejudgment simple interest calculated from August 26, 2019, to the date of judgment;
2. $112,150.50 in liquidated damages;
3. $5,195.00 in damages for failure to reimburse Plaintiff for three electric bicycles and a helmet;
4. $770.00 in unpaid gratuities;
5. $6,200.50 in attorney's fees; and
6. $727.00 in costs.

The Clerk of Court is further directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: June 30, 2023
       New York, New York

ANALISA TORRES
United States District Judge