UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARMANDO PASCUAL REYES,

                Plaintiff,                              21 **CIVIL** 7040 (AT)(SN)

       -against-                                    **JUDGMENT**

COPPOLA'S TUSCAN GRILL, LLC (d/b/a
COPPOLA'S WEST), SALVADOR COPPOLA,
LUIS MENDIEPA AND MARIANO OUAPA,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 30, 2023, the Court has ADOPTED the R&R in its entirety. Defendants are liable for $237,193.50 plus all applicable interest. Judgment is entered in favor of Plaintiff in accordance with the R&R, R&R at 25, as follows: 1. $112,150.50 in back pay and spread-of-hours damages, plus nine percent prejudgment simple interest calculated from August 26, 2019, to the date of judgment, in the amount of $38,825.58; 2. $112,150.50 in liquidated damages; 3. $5,195.00 in damages for failure to reimburse Plaintiff for three electric bicycles and a helmet; 4. $770.00 in unpaid gratuities; 5. $6,200.50 in attorney's fees; and 6. $727.00 in costs; accordingly, the case is closed.

**Dated:**  New York, New York
          June 30, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                              **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                            _____
                                                              **Deputy Clerk**